**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DONALD G. JACKMAN, JR.,

      Plaintiff,

      v.

FED. BUREAU OF PRISONS, et al.,

      Respondents.

Civil No. 12-2414 (NLH)

**ORDER**

For the reasons expressed in the Opinion filed herewith,

IT IS on this  26th  day of  June  , 2013,

ORDERED that the Clerk shall reopen the case for statistical purposes and shall make a new and separate docket entry reading "CIVIL CASE REOPENED;" and it is further

ORDERED that the motion (ECF No. 4) to alter or amend the Order (ECF No. 3) entered October 4, 2012, is GRANTED and said Order is hereby VACATED; and it is further

ORDERED that the "MOTION FOR ISSUANCE OF ENFORCEMENT ORDER PER 18 U.S.C. § 3626(A)(1) AND INJUNCTIVE OR RESTRAINING RELIEF PER FED. R. CIV. PROC. RULE 65" (ECF No. 1) is a "civil action, suit or proceeding" within 28 U.S.C. § 1914(a), but not an application for a writ of habeas corpus; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1914(a), the fee to file the "MOTION FOR ISSUANCE OF ENFORCEMENT ORDER PER 18 U.S.C. § 3626(A)(1) AND INJUNCTIVE OR RESTRAINING RELIEF PER FED. R. CIV. PROC. RULE 65" (ECF No. 1) is $350; and it is further

ORDERED that Local Civil Rule 5.1(f) prohibits the Clerk from filing the "MOTION FOR ISSUANCE OF ENFORCEMENT ORDER PER 18 U.S.C. § 3626(A)(1) AND INJUNCTIVE OR RESTRAINING RELIEF PER FED. R. CIV. PROC. RULE 65" (ECF No. 1) unless the $350 filing fee is prepaid or Jackman applies for and is granted permission to proceed *in forma pauperis*, in accordance with 28 U.S.C. § 1915; and it is further

ORDERED that, since the $350 filing fee has not been paid and Jackman has not applied to proceed *in forma pauperis*, the Clerk shall administratively terminate this matter; and it is further

ORDERED that Donald G. Jackman, Jr., may have the case reopened if, within 30 days of the date of the entry of this Order, he prepays the $350 filing fee or submits an application to proceed *in forma pauperis*; and it is further

ORDERED that, if Donald G. Jackman, Jr., prepays the $350 filing fee or submits an application to proceed *in forma pauperis* within 30 days of the date of the entry of this Order, then the Court will thereafter enter an order reopening the file; and it is further

ORDERED that the Clerk shall serve this Order by regular mail upon Donald G. Jackman, Jr., together with a blank form DNJ-Pro Se-007-A-(Rev. 09/09), and re-close the file; and it is finally

ORDERED that the Clerk shall make a new and separate docket entry reading "CIVIL CASE TERMINATED."


                                          s/ Noel L. Hillman
                                          **NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey